E-FILED
Wednesday, 06 February, 2019 08:34:36 AM
Clerk, U.S. District Court, ILCD

FILED
FEB 5 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 19-30006 |
| v. | ) | |
| | ) | VIO: 18 U.S.C. § 922(g)(1) |
| RINALDO ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

## COUNT ONE
(Possession of a Firearm by a Prohibited Person)

**THE GRAND JURY CHARGES THAT:**

On or about November 20, 2018, in Adams County, in the Central District of Illinois,

**RINALDO ROBINSON**,

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Remington 9mm handgun, serial number RP019935H, said firearms having been shipped and transported in interstate commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

1

A TRUE BILL,

s/ Foreperson

_____
FOREPERSON

s/ John Milhiser

_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
VBY