UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RINALDO ROBINSON, )<br>)<br>Defendant. ) | Case No. 19-cr-30006 |

## ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held in this case on February 14, 2019. The Court has determined that the defendant, Rinaldo Robinson, must be held without bond pending further proceedings.

The Court has considered all of the factors listed in 18 U.S.C. § 3142(g) and all of the evidence and information presented by the parties and in the Pretrial Services Report relating to those factors.   After weighing those factors and the available evidence, the Court concludes the United States' motion for detention should be allowed.

The Court finds the following information has been established by clear and convincing evidence, and the evidence establishes that the defendant poses a danger to the community if released on bond.

## Findings of Fact and Reasons Detention Required

Based upon the credible evidence and information received during the defendant's detention hearing, the Court finds:

1. The defendant is charged with a federal firearm crime.

2. The defendant has a history of criminality. The defendant has four prior felony convictions, including a 2018 guilty plea for possession of methamphetamine.

3. Pre-trial Services recommends detention based upon the danger to the community if the defendant were released.

4. The defendant was free on bond on two state felony charges at the time he is alleged to have committed the underlying crime. One of those charges was possession of methamphetamine. Based on the Government's proffer, the defendant was in possession of methamphetamine at the time he possessed the firearm at issue in this case.

5. Based on the information proffered to the Court, the evidence in this case is strong.

6. The allegations in this case include that the defendant actively carried a firearm with him outside of his home. The defendant

      indicated he carried the firearm to protect himself.

7. No combination of conditions of release will reasonably assure the safety of any other person and the community.

IT IS THEREFORE ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.   The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.   On order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

ENTER:   February 15, 2019.

      __s/ *Tom Schanzle-Haskins*____
      TOM SCHANZLE-HASKINS
      UNITED STATES MAGISTRATE JUDGE